IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Alexandria Division

| | |
|---|---|
| VEENU MEHTA, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>JOHN E. POTTER, )<br>Postmaster General of the United States )<br>Postal Service, a Federal Agency, )<br>)<br>Defendant. )<br>) | No. 1:07-cv-1257 (AJT/TRJ) |

## ORDER

Upon consideration of the Defendant's Motion for Summary Judgment (Doc. No. 49), the memoranda and exhibits in support thereof, and the Plaintiff's opposition thereto, and for the reasons set forth in the accompanying Memorandum Opinion, it is this 4th day of June, 2009 hereby

ORDERED that the Defendant's Motion for Summary Judgment (Doc. No. 49) be, and the same hereby is, GRANTED; and that this case be, and the same hereby is, DISMISSED.

This Order is final.

The Clerk is directed to send a copy of this Order to counsel of record.

Alexandria, Virginia
June 4, 2009

/s/
Anthony J. Trenga
United States District Judge